**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GIOVANNI RUBENS,

      Plaintiff,

v.                                     Case No: 6:21-cv-407-RBD-DCI

L3HARRIS TECHNOLOGIES, INC.,

      Defendant.

_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the Plaintiff's Notice of Resolution (Doc. 40) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 2, 2021.



ROY B. DALTON JR.
United States District Judge